IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARVIN RICHARD SCHMUTZ,

     Appellant,

v.

REGATTA BAY OWNERS ASSOCIATION, INC., AND REGATTA BAY INVESTORS, LTD., D/B/A REGATTA BAY GOLF & COUNTRY CLUB,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3854

Opinion filed July 30, 2014.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

David A. Theriaque and S. Brent Spain of Theriaque & Spain, Tallahassee, for Appellant.

Steven B. Bauman of Anchors Smith Grimsley, Fort Walton Beach; Harold R. Mardenborough, Jr., Christopher Barkas, and Matt S. Scanlan of Carr Allison, Tallahassee, for Appellees.

PER CURIAM.

     AFFIRMED.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.